# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1759
LT Case No. 2007-CF-051674-B

_____

VINCENT SNYDER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Charles G. Crawford, Judge.

Vincent Snyder, Graceville, pro se.

No Appearance for Appellee.


August 16, 2023

PER CURIAM.

AFFIRMED.

EISNAUGLE, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____